UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

       Plaintiff,

v.                                  **ORDER**
                                  Criminal No. 10-187

Amina Farah Ali,

       Defendant.

_____

       Jeffrey S. Paulsen, Assistant United States Attorney, and Steven Ward, Trial Attorney, U.S. Department of Justice, counsel for Plaintiff.

       Daniel M. Scott, Kelley, Wolter & Scott, P.A., counsel for Defendant Amina Farah Ali.

_____

       This matter is before the Court on Defendant Ali's motion for reconsideration of detention order.

       Based on the files, record and proceedings herein,

       IT IS HEREBY ORDERED that Defendant's Motion for Reconsideration of Detention Order [Doc. No. 192] is GRANTED as follows: on April 19, 2012, the Defendant shall be released to the R.S. Metro Halfway House, St. Paul, Minnesota. Defendant shall be transported to R.S. Metro by either the Ramsey County Sheriff's Department or the U.S. Marshal's Service. The conditions of

1

release will be set forth in a separate order.

Date: April 18, 2012

s/ Michael J. Davis
Michael J. Davis
Chief Judge
United States District Court